FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 15 P 12 15

CLERK
S/ DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

OTIS PARIS,

  Petitioner,

vs.

UNITED STATES OF AMERICA and
JOSE VASQUEZ, Warden,

  Respondents.

CIVIL ACTION NO. CV205-034

## ORDER

After consideration of Petitioner's Motion for Judgment on the Pleadings, said motion is **DENIED**. (Doc. 14.) A Judgment on the Pleadings would be inappropriate in this action for habeas relief filed pursuant to 28 U.S.C. § 2241.

**SO ORDERED** this 15 day of July, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

PARIS )

vs ) CASE NUMBER CV205-34

USA, ET AL )
) DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/15/05, which is part of the official record of this case.

Date of Mailing: 7/15/05

Date of Certificate  [X] same date, or _____

Scott L. Poff, Clerk

By: Sherry Taylor, Deputy Clerk

Name and Address

Amy Copeland
Otis Paris, 20205-039, FCI Jesup, 2650 Highway 301 S, Jesup, GA 31599

☐ Copy placed in Minutes
[X] Copy given to Judge
☐ Copy given to Magistrate