**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

OTIS PARIS,

        Petitioner,

    vs.

UNITED STATES OF AMERICA and
JOSE VASQUEZ, Warden,

        Respondents.

CIVIL ACTION NO. CV205-034

## O R D E R

Petitioner has filed an Objection (Doc. 19) to the Magistrate Judge's Order dated August 11, 2005. That Order denied Petitioner's "Praecipe to the Clerk of Courts . . . For The Issuance of a Writ of Habeas Corpus. Petitioner's Objection is **OVERRULED**. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law.

**SO ORDERED**, this _26_ day of _August_ , 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

OTIS PARIS

)

vs                                                    )         CASE NUMBER  CV205-34

USA,ETAL                                         )         DIVISION         Brunswick

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.   Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.   That the aforementioned enveloped contained a copy of the document dated 8/26/05 _____, which is part of the official record of this case.

Date of Mailing:          8/26/05

Date of Certificate            ☒ same date,         or _____

Scott L. Poff,  Clerk

By:   Nita Rose
        Deputy Clerk

Name and Address

OTIS PARIS  F.S.L. JESUP   2650 HIWAY  JESUP, GA. 31599
AMY LEE COPELAND

☑ Copy placed in Minutes
☑ Copy given to Judge
☐ Copy given to Magistrate