IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 SEP 26  P 3: 39

OTIS PARIS,

    Petitioner,

vs.

UNITED STATES OF AMERICA and
JOSE VASQUEZ, Warden,

    Respondents.

CIVIL ACTION NO. CV205-034

## ORDER

Petitioner has filed a Request for portion of the transcripts and/or tapes from an evidentiary hearing held in the Eastern District of Michigan, the court of Petitioner's criminal conviction. (Doc. 22.) He seeks these documents to supplement the record in this action for habeas relief pursuant to 28 U.S.C. § 2241. The government has filed a response. For the reasons stated in the response, Petitioner's request is **DENIED**.

**SO ORDERED**, this 26th day of September, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE