IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 SEP 26  P 3: 39

L. LaVictoire

OTIS PARIS,

    Petitioner,

vs.

UNITED STATES OF AMERICA and
JOSE VASQUEZ, Warden,

    Respondents.

CIVIL ACTION NO. CV205-034

## ORDER

Petitioner has filed a Motion for Leave to Supplement the Record. (Doc. 21.) The government has filed a response. Petitioner's motion is **GRANTED.**

**SO ORDERED**, this 26th day of September, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE