IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

OTIS PARIS,

   Petitioner,

vs.           CIVIL ACTION NO. CV205-034

UNITED STATES OF AMERICA and
JOSE VASQUEZ, Warden,

   Respondents.

## ORDER

Petitioner has filed a motion seeking an order directing that he not be transferred to another facility pending a ruling on his Petition for Habeas relief. (Doc. 33.) He has also filed a motion for appointment of counsel. (Doc. 34.) As the Court granted Respondents' Motion to Dismiss and dismissed the petition for habeas relief by Order dated October 6, 2005, Petitioner's motions are **DISMISSED** as moot.

**SO ORDERED**, this 12th day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)