IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

OTIS PARIS,

    Petitioner,

vs.

UNITED STATES OF AMERICA and
JOSE VASQUEZ, Warden,

    Respondents.

CIVIL ACTION NO. CV205-034

## ORDER

Petitioner has filed a Motion for Reconsideration of the Court's Order dated October 6, 2005. That Order granted Respondents' Motion to Dismiss and dismissed Petitioner's petition filed pursuant to 28 U.S.C.A. § 2241. The Government has filed a Response. Petitioner's Motion for Reconsideration is **DENIED**. The Order dated October 6, 2005, shall remain the Order of the Court.

SO ORDERED, this 21st day of November, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)